Cherron Marie Phillips
FCI Waseca #45209-424
PO Box 1731
Waseca MN 56093

FILED
APR 17 2017 EAA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court Northern District Illinois
Eastern Division

Cherron Marie Phillips
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent(s)

Case No.: **17-cv-01338**
1:12-cr-872-1

Extension for Time
Federal Rule Civil Proc. 6(b)

Petition

    I Cherron Marie:Phillips, herein as petitioner/complainant respectfully move this court to extend the time in which to amend the petitions currently on file with this court pursuant to Federal Rule Civil Procedure Rule 6(b) and in support thereof, petitioner states the following:

    On March 28, 2017, petitioner received notice of the courts briefing schedule allowing her to amend motions by April 13, 2017. Petitioner is requesting along with this motion a decree for an accounting and that matters of account in controversy be referred to the Clerk and Master to take and state an account between the petitioner and respondents concerning the business of case/account 1:12-cr-872-1 and all transactions relating to or growing out of the same. Loc. R. 54.1

    Upon receipt of an accounting, petitioner is requesting thirty 30 days from the date of receipt to amend her pending motions currently before the court.

    WHEREFORE, this court is respectfully moved to extend the time in which petitioner may amend the pending motions to thirty 30 days upon receipt of the accounting in case 1:12-cr-872-1, where it is for good cause for the settlement of the business for the court.

Verification

I Cherron Marie Phillips declare under penalty of perjury under the laws of the United States of America that I have first hand knowledge hereto and to the best of my knowledge and belief all matters are true and correct. Executed this April 13, 2017.

By: *Cherron Marie Phillips* a.r.r.
Cherron Marie Phillips
All Rights Reserved

_____, CASE MANAGER
AUTHORIZED BY THE ACT OF JULY 27, 1955
TO ADMINISTER OATHS (18 USC 4004)

Acknowledgement

On this date in Waseca Minnesota, Cherron Marie:Phillips who is known and indentified to me, appeared and executed the foregoing of her own free will duly affirmed under penalty of perjury. Done this 13t day of April 2017.

FCI Waseca Staff

Certificate of Service

This is to certify that I have served a true and correct copy of the foregoing Petition For Extension for Time FRCivP 6(b) to the following addresses by placing the same in a sealed envelope bearing sufficient postage for delivery via United States Postal Service by legal mail provided at FCI Waseca on April 13, 2017.

By: *Cherron Marie Phillips*
All Rights Reserved a.r.r.

UNITED STATES DISTRICT COURT NDIL
Attn: Clerk of the Court
219 South Dearborn
Chicago Illinois 60604

Nathan D. Stump AUSA
9 Executive Drive
Fairview Heights Illinois 62208

2

Cherron Marie Phillips

NAME
FEDERAL CORRECTIONAL INSTITUTION UNIT REG# 45209424 C
P.O. BOX 1731
WASECA, MN 56093

Federal Correction
P.O. Box
Waseca, MN

⇔45209-424⇔
Clerk Of Court
Northern District of Ill
219 S Dearborn ST
US District Court
Chicago, IL 60604
United States

MINNEAPOLIS MN 553
14 APR 2017 PM 5 L

INSPECTED U.S. Marshals

This letter was processed through
for forwarding to you. It has
ed nor inspected. If the
over which this facility
to return the mail
. If the writer encl
to another address
ve address. Date Mailed  4-13-17

"Legal Mail"

04/17/2017-101

**Federal Correctional Institution**
P.O. Box 1731
Waseca, MN 56093-0741

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date Mailed: 4-13-17