Cherron Marie:Phillips
FCI Waseca #45209-424
PO Box 1731
Waseca MN 56093

FILED
APR 17 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court Northern District Illinois
Eastern Division

Cherron Marie Phillips
    Petitioner/Complainant

v.

UNITED STATES OF AMERICA,
JOHN or JANE DOE, 1-99
    Respondent(s)/Defendant(s)

Case No.: **17-cv-01338**
1:12-cr-872-1

Bill for An Accounting
Local Rule 54.1

## Petition

I Cherron Marie Phillips, herein as petitioner/complainant move the court for an accounting of any payment, conveyance, transfer, assignment, or delivery of property interest made in good faith to the courts registry, or under control of any officer of the United States District Court Northern District Illinois Eastern Division submitted in the adjudicated case/account 1:12-cr-872-1.

Under Local Rule 54.1 "within 30 days of the entry of a judgment allowing cost the prevailing party shall file a bill of cost with the clerk and serve a copy of the bill on each adverse party."

> The Act of March 24, 1871, 17 Stat 1, ch.2 states at §798 "at each regular session of any court of the United States the clerk shall present to the court an accounting of all moneys remaining therein, or subject to its order, stating in detail in what causes they are deposited, and in what causes payments have been made; and said account and vouchers thereof shall be filed in the court."

## Statement of Fact

On or around November 9, 2012, a security was issued by the United States District Court Northern District Illinois Eastern Division and being traded on public exchanges under C.U.S.I.P numbers unknown at this time. The alleged claim founding the security is styled INDICTMENT, 1:12-cr-872-1 and all its alpha-

1

numeric variations, claiming duty, obligation or right of action upon CHERRON MARIE PHILLIPS in favor of the UNITED STATES OF AMERICA which cites authorities for rights not authorized by law.

On November 19, 2012, complainant accepted the offer to perform issued by the court and return for performance under offered judicial powers.

Prior to the judgment in this case complainant caused instruments, obligations of the United States, pledged in good faith with the courts registry and the clerk of court on account of the United States of America, in lieu of surety, for all purposes of the obligations of Cherron Marie:Phillips.

Section 995 of the Act of March 24, 1871, 17 Stat 1 states:

"All moneys paid into any court of the United States, or received by the officers thereof, in any cause pending or adjudicated in such court, shall be forthwith deposited with the Treasurer, an assistant treasurer, or a designated depositary of the United States, in the name and to the credit of such court: Provided, That nothing herein shall be construed to prevent the delivery of any such money upon security, according to agreement of parties, under the direction of the court."

The clerk of court became the acceptor of those instruments and agreed to be primarily responsible for its payment or performance. That the courts acceptance of these instruments, in lieu of personal surety, relieved complainant of liability as surety, and to remain left at large."The acceptance of such United States bonds in lieu of surety or sureties required by law shall have the same force and effect as individual or corporate sureties, or certified checks, bank drafts, post office money orders, or cash, for the penalty or amount of such penal bond." Section 1320 Revenue Act of 1919; McGovern v. United States 272 F. 262 (7th Cir. 1921)

Parties

Petitioner/Complainant: (Under Habeas Corpus) Cherron Marie:Phillips, a flesh and blood natural woman, is wrongly being held as surety to and for a

cesti que trust. CHERRON MARIE PHILLIPS is an artificial organization, believed to be some sort of trust resulting from certain acts and omissions of the United States and its related co-venture parties with a domicile in the District of Columbia operating under identifier 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. Complainant declares she is a citizen of the Illinois state. Illinois state being one of the states of the Republic of the forty-eight union states.

Respondent(s)/Defendant(s): UNITED STATES OF AMERICA is not the United States, nor the UNITED STATES, but appears to be a private party making some sort of private claim absent proof of contract or obligation being known to all parties which is not of record. JOHN or JANE DOE 1-99, are those unknown making claims absent proof of contract or obligation.

Equity

Petitioner claims that CHERRON MARIE PHILLIPS, an artificial person, a utility which carry with it certain identifiers and agreements with the commercial for profit federal corporation. This construction was created for specific purposes which benefit its constructors. It also provides protection from lawless acts of its constructors, agents and instrumentalities upon CHERRON MARIE PHILLIPS as well as her labor, private equity which have been taken for value/ as value, a fungible commodity in support and use by the United States federal corporation in its operation by its agents, through instrumentalities without full informed consent under non-disclosed terms.

Petitioner claims that CHERRON MARIE PHILLIPS appears to be an entity associated with a trust number in places under admiralty contract to be determined before or at trial because such contract is not fully known to her and she reserved the common law for relief.

Petitioner claims the Social Security Trust Agreement/Contract and Alien Property Custodian Title 50 Appendix §§7, 9, 32 set up emergency conditions and that the United States operates under bankrupty rules upon her without her conssent.

3

Complainant herein, under habeas corpus, a flesh and blood natural woman, operates as Trustee Cherron Marie:Phillips, and as Beneficiary Cherron Marie: Phillips for the Trust known as CHERRON MARIE PHILLIPS with social security identifier and account number 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.

Petitioner claims she has been misidentified intentionally by a group acting in conspiracy.

Petitioner claims she has been wrongly identified as the Trust, the artificial person CHERRON MARIE PHILLIPS, by federal officers in order that they may steal her identity for their private gain and hold her to illegal and involuntary service in satisfaction of a debt.

Complainant moves this court for the following:

i) an accounting of all payments, conveyance, transfer, assignment or delivery of property interest made in good faith to the courts registry or clerk of court;

ii) subpoena for bill of cost, under Oath, against the UNITED STATES OF AMERICA and those making claims not joined in the INDICTMENT to offset any remaining balance in favor of the United States of America on behalf of the Trust CHERRON MARIE PHILLIPS;

iii) that an injuction issue against the FEDERAL BUREAU OF PRISONS from further falsification and attempts to collect a debt against complainant, and that complainant be released and discharged from liability immediately on said obligation;

iv) that complainant have such other, further and general relief as the nature of her case may require.

WHEREFORE, complainant moves this court for Bill of An Accounting based on the foregoing on case/account 1:12-cr-872-1 and all transactions relating to or growing out of the same.

4

Verification

I Cherron Marie:Phillips declare under penalty of perjury under the laws of the United States of America that I have first hand knowledge hereto and to the best of my knowledge and belief all matters are true and correct. Executed this April 13, 2017.

By: *Cherron Marie Phillips a.r.r.*
Cherron Marie Phillips
All Rights Reserved

Acknowledgement

On this date in Waseca Minnesota, Cherron Marie:Phillips who is known and identified to me, appeared and executed the foregoing of her own free will duly affirmed under penalty of perjury. Done this April 13, 2017

_____, CASE MANAGER FCI Waseca Staff
AUTHORIZED BY THE ACT OF JULY 27, 1955
TO ADMINISTER OATHS (18 USC 4004)

Certificate of Service

This is to certify that I have served a true and correct copy of the foregoing Bill For An Accounting to the following addresses by placing the same in a sealed envelope bearing sufficient postage for delivery via United States Postal Service by legal mail provided at FCI Waseca on April 13, 2017.

By: *Cherron Marie Phillips*
All Rights Reserved *a.r.r.*

UNITED STATES DISTRICT COURT NDIL
Attn: Clerk of the Court
219 South Dearborn
Chicago, Illinois 60604

Nathan D. Stump AUSA
9 Executive Drive
Fairview Heights Illinois 62208

5

Cherron Marie Phillips

NAME
FEDERAL CORRECTIONAL INSTITUTION UNIT REG# 45209424
P.O. BOX 1731                                          C
WASECA, MN 56093

ederal Correction
   P.O. Box
Waseca, MN 5

⇔ 45209-424 ⇔
Clerk Of Court
Northern District of Ill
219 S Dearborn ST
US District Court
Chicago, IL 60604
United States

WINNEAPOLIS MN 553
14 APR 2017 PM 5 L

INSPECTED U.S. Marshals



ed letter was processed thro
e for forwarding to you.
ed nor inspected
 over which this f
to return the m
n. If the writ
to another
ve address. Date M____ 4-13-17

"Legal Mail"

04/17/2017-101

6C

Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0741

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address. Date Mailed: 4-13-17