# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

United States of America

                      Plaintiff,

v.                                              Case No.: 1:17−cv−01338

                                                          Honorable Michael J. Reagan

Cherron Marie Phillips

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 20, 2017:

      MINUTE entry before the Honorable Michael J. Reagan: The Court is in receipt of Petitioner Cherron Phillips's Motion for Extension of Time (Doc. 9). In an Order dated March 23, 2017 (Doc.6), this Court clearly set an April 13, 2017 deadline for any amendments to the petition. Petitioner filed such an amendment on April 3, 2017, at which time she expressed no need for additional time. Having accepted two amendments to the original petition (Docs. 5, 8), and having set forth a clear deadline for filing any additional amendments absent extraordinary cause, this Court hereby DENIES Petitioner's Motion for Extension of Time (Doc.9). Petitioner has not set forth any extraordinary circumstances justifying an extension. Additionally, the Court is in receipt of Petitioner's "Petition for Bill for an Accounting" (Doc. 10) wherein Petitioner appears to seek financial records regarding her underlying criminal case, though it is not clear exactly what Petitioner seeks because the document is replete with 'sovereign citizen' like rhetoric. The Court DENIES this request (Doc. 10) without prejudice because it is unclear what information is sought, and Petitioner currently has no authority to file extraneous requests in this case. The request may be renewed after the United States responds on June 16, 2017, if it is appropriate at that time. However, the Petitioner should exercise discretion before making any future filings because the Court is not required to endure vexatious and repetitive filings by a prisoner who simply will not take no as an answer. Alexander v. United States, 121 F.3d 312, 315−16 (7th Cir. 1997) (applying monetary sanctions for duplicative filings in a habeas case).Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.