

Cherron Marie:Phillips
FCI Waseca  Reg #45209-424
P.O. Box 1731
Waseca MN 56093

UNITED STATES DISTRICT COURT NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

Cherron Marie:Phillips
    Petitioner/Complainant

v.

UNITED STATES OF AMERICA
    Respondent/Defendant

Case No.:1-17-cv-1169
1:12-cv-872-1 cr

**FILED** JUL 10 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**17-cv-1338**

Motion for Court Orders

    I Cherron Marie Phillips, herein as complainant move the court for orders regarding the Petition for Bill for An Accounting submitted to the court on April 12, 2017.

    As of June 23, 2017, complainant has not received any orders from this court denying her petition for Bill of An Accounting per Local Rule 54.1. The petition along with Federal Rule Civ. Proc. 54(d) and this courts Local Rule 54.1 makes clear the accounting information Phillips is seeking which is not exempt from disclosure. The Local Rule 54.1 states by what authority it shall be provided. This is not an extraneous request in this case because the rule states "within 30days of the entry of a judgement allowing cost the prevailing party shall file a bill of cost with the clear and serve a copy of the bill on each adverse party." Phillips has not been provided this information by the court and is entitled to it.

    Phillips now moves this court for orders to issue the Bill for An Accounting as stated by the petition and by the Federal Rule Civ.Proc.54(d), Loc R 54.1. In addition to this rule, a party must, without awaiting a discovery request, must provide a computation of each category of damages claimed by the diclosing party- who must make available for inspection and copying as under Rule 34 the

1

documents or other evidentiary material on which computation is based including the nature of injuries suffered.

Respectfully Submitted
By: *Cherron Marie Phillips*
Cherron Marie:Phillips
All Rights Reserved

### Verification

I Cherron Marie:Phillips declare under penalty of perjury under the laws of the United States of America that I have first hand knowledge hereto and to the best of my knowledge and belief all matter herein are true and correct. Executed this June 23, 2017

By: *Cherron Marie Phillips*
Cherron Marie:Phillips
All Rights Reserved

### Acknowledgement

On this date in Waseca Minnesota, Cherron Marie Phillips who is known and identified to me, appeared and executed the foregoing of her own free will duly affirmed under penalty of perjury, Done this June 23, 2017

SARAH ANNE WHITESITT
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

FCI WASECA STAFF *S. Whitesitt*
6-23-17

### Certificate of Service

This is to certify that I have served a true and correct copy of the foregoing Motion for Court Orders to the following addresses by placing the same in a sealed envelope bearing sufficient postage for delivery via United States Postal Service "legal mail" provided at FCI Waseca on June 23, 2017

UNITED STATES DISTRICT COURT NDIL
Attn: Clerk of the Court
219 S. Dearborn
Chicago Illinois 60604

Joel R. Levin   AUSA
219 S. Dearborn
Chicago Illinois 60604

By:
Cherron Marie Phillips

2



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

THOMAS G. BRUTON
CLERK

PRISONER CORRESPONDENCE

312-435-5794

February 14, 2017

Cherron Marie Phillips
#45209-424
Waseca - FCI
P.O. Box 1731
Waseca, MN 56093

Dear Ms. Phillips:

We hereby inform you that your motion to vacate, set aside or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255 has been filed.

Please be advised that this motion has been assigned to:

1:17-cv-1169
Judge Michael J. Reagan
Magistrate Judge Young B. Kim
[re: 12-cr-872-1]

for consideration, and that these matters will proceed under the above case number.

Please indicate your assigned case number on all future documents submitted for docketing in this case. Furthermore, you must keep the Court informed of your address throughout the pendency of your motion. Failure to do so may result in dismissal of your motion for want of prosecution.

Sincerely,

Prisoner Correspondence

Certificate of Service

This is to certify that I have served a true and correct copy of the foregoing Motion for Court Orders to the following addresses by placing the same in a sealed envelope bearing sufficient postage for delivery via United States Postal Service "legal mail" provided at FCI Waseca on July 6, 2017 along with the court assigned case numbers to:

UNITED STATES DISTRICT COURT NDIL
Attn: Clerk of the Court
219 S. Dearborn
Chicago Illinois 60604

By: *(signature)* a.r.r.
Cherron Marie Phillips
All Rights Reserved

Cherron Marie Phillips
Federal Correction Institution
#45209-424 C-Unit
P.O. Box 1731
Waseca MN 56093

MINNEAPOLIS MN 553

07 JUL 2017 PM 5 L

⇔45209-424⇔
Clerk Of Court
219 S Dearborn ST
Chicago, IL 60604
United States

07/10/2017-46

60604-170299