

Cherron Marie:Phillips
FCI Waseca #45209-424
P.O. Box 1731
Waseca MN 56093

UNITED STATES DISTRICT COURT NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

Cherron Marie Phillips
   Petitioner

v.

UNITED STATES OF AMERICA
   Respondents

**F I L E D**

JUL 27 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case **17-cv-1338**
Re.: 12-cr-872

Motion For Claim for Credit

Petitioner Cherron Marie Phillips, moves the court for claim for credit
against the indebtedness of the defendant CHERRON MARIE PHILLIPS in case #
12-cr-872. That the question of the debt has been presented to the accounting
officer, Clerk of Court for their examination and has been deemed unfounded or
non-existent.

That on April 12, 2017 petitoner moved the court for a Bill of Accounting
questioning the amount of cost and credits and any amount due and owing. N.D. Ill.
Loc. R. 54.1 Rule 54(d) of the Federal Rules of Civil Proc. and the petition
itself made it clear as to what the petitioner was requesting.

On June 3̶0̶ 23, 2017, petitioner motioned the court for its orders concerning
the Bill of Accounting. She has a pending case to vacate the sentence and when
cost are taxed to a defendant in a criminal case, the cost are part of the sentence.

Phillips now make claims for credit in this court to be admitted to reduce
the indebtedness of the defendant, even to the discharge of the entire claim of
the plaintiff, UNITED STATES OF AMERICA in case #12-cr-872.

Phillips affirms she is equitably entitled to credits against the government
for service rendered or otherwise, and has presented to the proper officer of
the government who has refused to allow it.

1

WHEREFORE, Phillips moves this court for setoff and discharge against the entire claim of the plaintiff, UNITED STATES OF AMERICA in case # 12-cr-872.

Respectfully Submitted

By: *Cherron Marie Phillips*
Cherron Marie Phillips

## Verification

I Cherron Marie Phillips declare under penalty of perjury under the laws of the United States of America that I have first hand knowledge hereto and to the best of my knowledge and belief all matters are true and correct. Executed this July 20, 2017

SARAH ANNE WHITESITT
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

By: *Cherron Marie Phillips*
Cherron Marie Phillips
All Rights Reserved

## Acknowledgment

On this date in Waseca Minnesota, Cherron Marie Phillips who is known and identified to me, appeared and executed the foregoing of her own free will duly affirmed under penalty of perjury. Done this July 20, 2017

FCI Waseca Staff

## Certificate of Service

This is to certify that I have served a true and correct copy of the foregoing Motion for Claim for Credit along with Petition for Permission to Appeal to the following addresses by placing the same in a sealed envelope bearing sufficient postage for delivery via United States Postal Service at FCI Waseca on July 20, 2017

By: *Cherron Marie Phillips*
Cherron Marie Phillips

UNITED STATES DISTRICT COURT NDIL
Attn: Clerk of the Court
219 South Dearborn Street
Chicago Illinois 60604

Joel R. Levin Acting U.S. Attorney
219 South Dearborn Street Room 500
Chicago Illinois 60604

2

July 21, 2017

The enclosed motion was modified to correct the date only from June 30, 2017 to June 23, 2017; And resubmitted to the court along with this certificate of service.

Certificate of Service

I, Cherron Marie Phillips certify that I have served a true and corrected copy of the foregoing attached Motion for Claim for Credit to the following addresses by placing the same in a sealed envelope bearing sufficient postage for delivery via United States Postal Service at FCI Waseca on July 21, 2017

By: Cherron Marie Phillips
All Rights Reserved

U.S. District Court NDIL
Attn: Clerk of the Court
219 South Dearborn St.
Chicago Illinois 60604

Joel R. Levin Acting U.S. Attorney
219 South Dearborn Room 500
Chicago Illinois 60604

Cherron Marie Phillips /45209424
NAME
FEDERAL CORRECTIONAL INSTITUTION UNIT C
P.O. BOX 1731
WASECA, MN 56093

MINNEAPOLIS MN 554

24 JUL 2017 PM 1 T

Federal Correctional Institution

Waseca, Minnesota

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address. Date Mailed __07-21-2017__

⇔45209-424⇔
Clerk Of Court
Northern District of Ill
219 S Dearborn ST
US District Court
Chicago, IL 60604
United States



07/27/2017-22

606043180O

Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0741

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address. Date Mailed: 07-21-2017