## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Cherron Marie Phillips, | ) | |
|     Petitioner, | ) | |
| | ) | Case No: 17 C 1338 |
| v. | ) | |
| | ) | Judge Michael J. Reagan |
| United States, | ) | |
|     Respondent. | ) | |

## **ORDER**

Enter Memorandum Opinion and Order. Petitioner Phillips' motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [1] is denied and her case is dismissed with prejudice. The Clerk of Court is directed to enter judgment accordingly. Further, no certificate of appealability shall issue.

Dated: August 17, 2017                  /s/ Chief Judge Ruben Castillo