## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America ) | |
| ) | Case No: 17 C 1338 |
| v. ) | |
| ) | Judge Michael J. Reagan |
| Cherron Phillips ) | |

## **ORDER**

Enter Memorandum and Order. Cherron Marie Phillips' motion for leave to appeal in forma pauperis [33] is DENIED.

Dated:  December 15, 2017                     /s/ Judge Michael J. Reagan