Cherron Marie:Phillips
FCI Waseca #45209-424
P.O. Box 1731
Waseca MN 56093

U.S.C.A. – 7th Circuit
RECEIVED
JAN 02 2018 CC
GINO J. AGNELLO
CLERK

UNITED STATES DISTRICT COURT NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

Cherron Marie Phillips
    Petitioner

Case No.:17-cv-1169
Re.:12-cr-872

v

UNITED STATES OF AMERICA
    Respondents

## Notice of Appeal

Notice is hereby given that Cherron Marie Phillips, petitioner in the above named case hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order entered September 25, 2017 denying Motion for Summary Judgement on the Petition for Declaratory and Injunctive Relief submitted on May 31, 2017 to the court. Federal Rules of Appellate Proc. Rule 4(a).

WHEREFORE, Phillips moves this court to appeal the September 25, 2017 order denying Motion for Summary Judgement.

Respectfully Submitted

By: Cherron Marie Phillips
Cherron Marie Phillips
All Rights Reserved.

**FILED**

JAN 02 2018

THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

Verification

I Cherron Marie:Phillips declare under penalty of perjury under the laws of the United States of America that I have first hand knowledge hereto and to the best of my knowledge and belief all matters are true and correct. Executed this October 6, 2017.

By: *Cherron Marie Phillips*
Cherron Marie:Phillips
All Rights Reserved

Acknowledgement

On this date in Waseca Minnesota, Cherron Marie:Phillips who is known and identified to me, appeared and executed the foregoing of her own free will duly affirmed under penalty of perjury. Done this Ocotober 6, 2017.



FCI WASECA STAFF

AKoziolek 10/06/2017 Certificate of Service

This is to certify that I have served a true and correct copy of the foregoing Notice of Appeal and Permission to Appeal the attached orders to the following addresses by placing the same in asealed envelope bearing sufficient postage for delivery via United States Postal Service at FCI Waseca on October 6, 2017.

By: *Cherron Marie Phillips*
Cherron Marie Phillips
All Rights Reserved

UNITED STATES DISTRICT COURT NDIL
Attn: Clerk of the Court
219 South Dearborn Street
Chicago Illinois 60604

Joel R. Levin Acting U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604