# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 13, 2018

Before

**DIANE S. SYKES**, *Circuit Judge*

| No. 18-2163 | CHERRON M. PHILLIPS, Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA, Respondent - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-01338<br>Northern District of Illinois, Eastern Division<br>District Judge Michael J. Reagan ||

The following is before the court: **MOTION FOR INJUNCTIVE RELIEF FED. R. APP. P. 8(a)**, filed on June 11, 2018, by the pro se appellant, construing as a request to be released on bond pending appeal.

This court has received appellant Phillips's filing, which this court construes as a request to be released on bond pending appeal. So construed, the motion is **DENIED** without prejudice to renewal. The district court must rule on this matter first. See Fed. R. App. P. 9(a). This court notes that Phillips states that she mailed this document to the district court, but that it was returned to her without being docketed. Phillips should clarify at the beginning of any motion that she files with the district court what relief she is seeking.

Alternatively, if Phillips intended for this filing to be her opening brief, she should inform this court by June 27, 2018.

form name: **c7_Order_3J**(form ID: **177**)