

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton     312-435-5670
Clerk

Date: 7/25/18     Case Number: 17 CV 1338

Case Title: USA v. Phillips     Judge: Michael J. Reagan

### NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document #[ 49, 50, 51 ].

☐ The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion from the incorrect case.

☐ The document is on the correct case but the case number and title do not match.

☐ The incorrect document [pdf] was linked to the entry.

☐ The incorrect file date was entered.

☐ The incorrect event was used. The title of the document does not match the text of the entry.

☐ The entry is a duplicate of entry [     ].

■ Other: Entries entered in error.


**Corrective action taken by the Clerk:**

■ The text of the entry has been edited and the pdf replaced with a pdf that states *Entered in Error*.

☐ The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number*.

☐ The correct document [pdf] has been linked to the entry.

☐ The file date has been corrected.

☐ The text of the entry has been edited.

☐ The text of the entry has been edited to read, *Duplicate filing of document number [     ]*.

☐ Other:


**Corrective action required by the filer:**

☐ Counsel must re-file the document

☐ Other:

Thomas G. Bruton, Clerk
By: /s/ Sheila Moore
Deputy Clerk

Rev. 10/05/2016